UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Petitioner, | § § | |
| v. | § § § | |
| A 46.175 ACRE TRACT OF LAND, MORE OR LESS | § § § | NO. SA-12-CV-508-XR |
| Respondent. | § § § | |

**AGREED JOINT MOTION TO RELEASE MONEY HELD IN THE FEDERAL COURT REGISTRY**

On November 9, 2016 this Court ordered that $1,200,000.00 be placed in the Registry of the Court pending resolution of the dispute as to which party is to receive these funds (ECF 184).

The parties have resolved this dispute and it has been agreed that Claimant Cantera-Parkway Development Partnership of SA, LP ("CPDP") (ECF 83), and Alberto Berlanga Bolado, individually is to receive said disputed funds, including any interest accrued thereon.

It is further agreed that the release of the money, plus accrued interest, should be paid by check made out to **Davis Cedillo & Mendoza IOLTA Account** as more fully set out in the parties agreed proposed Disbursement Order.

January 16, 2020                     AGREED TO:

_____
ROLANDO L. RIOS & ASSOCIATES
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph: (210) 222-2102
Fax: (210) 222-2898
SBN: 16935900
rrios@rolandorioslaw.com

1

GILBERTO HINOJOSA & ASSOCIATES, P.C.
622 E. St. Charles St.
Brownsville, Texas 78520
(956) 544-4218 (Telephone)

CANTERA-PARKWAY DEVELOPMENT
PARTNERS OF SA, L.P

Eric D. Sherer
Texas Bar No. 18237890
Sherer & Associates. PLLC
18756 Stone Oak Parkway, Suite 200
San Antonio, Texas 78258
Tel. (210') 696-6645
Fax. (8661 305-5823
esherer(2Qsherer.legalghinojosa@ghinojosalaw.net

**PLAINS CAPITAL BANK**