**FILED**

JAN 2 1 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § Petitioner, § § v. § § A 46.175 ACRE TRACT OF LAND, § MORE OR LESS § § Respondent. § | NO. SA-12-CV-508-XR |

## DISBURSEMENT ORDER

On November 9, 2016 this Court ordered that $1,200,000.00 be placed in the Registry of the Court pending resolution of the dispute as to which party is to receive these funds (ECF 184).

The parties have resolved this dispute and it has been agreed that Claimant Cantera-Parkway Development Partnership of SA, LP ("CPDP") (ECF 83), and Alberto Berlanga Bolado, individually is to receive said disputed funds, including any interest accrued thereon. The parties have resolved this dispute and filed the required agreement.

THEREFORE, it is ORDERED that the Court Registry Investment System (CRIS) issue a check in the amount currently in the Registry, to include any interest accrued thereon, to:

> Davis Cedillo & Mendoza IOLTA Account
> 755 East Mulberry Avenue, Suite 500
> San Antonio, Texas 78212

The payees' W-9 form is attached to this ORDER and called to the attention of the clerk, United States District Court, Financial Deputy.

It is so ORDERED.

SIGNED this 21st day of January, 2020

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE

ROLANDO L. RIOS & ASSOCIATES
115 E. Travis, Suite 1645
San Antonio, Texas 78205 Ph: (210) 222-2102
Fax: (210) 222-2898
SBN: 16935900
rrios@rolandorioslaw.com
GILBERTO HINOJOSA & ASSOCIATES, P.C.
622 E. St. Charles St. Brownsville, Texas 78520
(956) 544-4218 (Telephone)

CANTERA-PARKWAY DEVELOPMENT PARTNERS OF SA, L.P

Eric D. Sherer
Texas Bar No. 18237890
Sherer & Associates. PLLC
18756 Stone Oak Parkway, Suite 200
San Antonio. Texas 78258
Tel. (210') 696-6645
Fax. (866) 305-5823
esherer(2Qsherer.legalghinojosa@ghinojosalaw.net

PLAINSCAPITAL BANK

Mary Nelda G. Valadez
Assistant United States Attorney
Chief, Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 20421844
Email: Mary.Nelda.Valadez@usdoj.gov

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

DAVIS, CEDILLO, & MENDOZA, INC.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☑ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

755 EAST MULBERRY AVENUE, SUITE 500

**6** City, state, and ZIP code

SAN ANTONIO, TX 78212

**7** List account number(s) here (optional)

Requester's name and address (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

or

**Employer identification number**

7 4 – 2 4 3 7 0 3 9

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *[signature]* CFO   Date ▶ 1/6/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X   Form **W-9** (Rev. 10-2018)